# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 07, 2024

Brent L. Hinders
Eric Michael Updegraff
HOPKINS & HUEBNER
Suite 111, Terrace Center
2700 Grand Avenue
Des Moines, IA  50312-0000

**2ND NOTICE**

Stephen R. Eckley
ECKLEY LAW PLLC
Suite 2308
666 Walnut Street
Des Moines, IA  50309

RE:  24-1451  Domeco Fugenschuh v. Brian Minnehan, et al

Dear Counsel:

In reviewing the appendix in the above case, we noted the following deficiency(s). **Please mail or hand-deliver new copies of the appendix within 5 days of the date of this notice.**

**X**     Record material is filed in paper copy only, NOT electronically.

**X**     COVER PAGE. The caption is incorrect. The parties are not in the correct order. The caption should match that provided on March 5, 2024.

**X**     TABLE OF CONTENTS should <u>not</u> be on the cover page.

Stephanie N. O'Banion
Acting Clerk of Court

HAG

cc:     Michelle Mackel-Wiederanders
        Gina Messamer